IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEAMSTERS AND EMPLOYERS WELFARE TRUST OF ILLINOIS, ) ) ) Plaintiff, ) ) v. ) ) LINDA STALEY and NYLE STALEY ) INTERSTATE READY-MIX ) CONCRETE, INC., ) ) Defendants. ) | No. 06-3154 |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This is before the Court on Plaintiff's Motion for Default Judgment (d/e 7), and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendants, Linda Staley and Nyle Staley Interstate Ready-Mix Concrete, Inc., and the Defendants having failed to answer or otherwise plead within the statutory time frame, the Plaintiff is hereby awarded a Default Judgment against Defendants, Linda Staley and Nyle Staley Interstate Ready-Mix Concrete, Inc., as follows:

1

A. Judgment is entered in favor of the Plaintiff and against the Defendants for delinquent contributions and liquidated damages for the period of May 1, 1997, through April 30, 2001, in the total amount of $28,384.46;

B. Defendants are ordered to pay to the Plaintiff its attorney fees in the amount of $6,400.16, as provided by the trust agreement and ERISA, 29 U.S.C. § 1132(g)(2); and

C. Defendants are ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: November 20, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE